**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Gerald Pitts, Appellant.

Appellate Case No. 2012-208266

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2013-UP-482
Submitted December 1, 2013 – Filed December 23, 2013

**AFFIRMED**

Chief Appellate Defender Robert Michael Dudek, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General William M. Blitch, Jr., both of
Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following
authorities: *State v. Harris*, 391 S.C. 539, 545, 706 S.E.2d 526, 529 (Ct. App.
2011) ("The granting of a new trial because of after-discovered evidence is not

favored, and this court will affirm the trial court's denial of such a motion unless the trial court abused its discretion." (internal quotation marks omitted)); *id.* ("The credibility of newly-discovered evidence is for the trial court to determine."); *id.* ("Recantation of testimony ordinarily is unreliable and should be subjected to the closest scrutiny when offered as ground for a new trial."); *id.* at 545-46, 706 S.E.2d at 529 (finding the trial court did not abuse its discretion in denying the motion for a new trial after it found the recantation testimony was not credible).

**AFFIRMED.**[1]

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.